# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2011

141822

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

REGINAL LAVAL SHORT, a/k/a
REGINALD LAVAL SHORT,
        Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141822
COA: 292288
Saginaw CC: 09-032100-FH

_____/

On order of the Court, leave to appeal was granted, 488 Mich 921 (2010), and this case is scheduled for argument as part of the May 2011 session calendar. It now appears to this Court that the case of *Davis v United States*, cert gtd ___ US ___; 131 S Ct 502; 178 L Ed 2d 368 (2010), is pending before the United States Supreme Court and because the decision in that case may resolve an issue raised in the present case, we cancel the oral argument previously scheduled for May 3, 2011, and we ORDER that this case be held in ABEYANCE pending the decision in *Davis*.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2011

0405

Clerk